UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00185-LK |
| Plaintiff, | ORDER CONTINUING PRETRIAL MOTIONS DEADLINE |
| v. | |
| DEON COATES, | |
| Defendant. | |

This matter comes before the Court on Defendant Deon Coates's Unopposed Motion to Extend Deadline for Pretrial Motions, seeking to extend the current pretrial motions deadline from May 1, 2024 to May 15, 2024. Dkt. No. 22 at 1. The Government does not oppose the motion. *Id.*

Under Local Criminal Rule 12(c)(1), good cause must be shown to extend the deadline for pretrial motions. Mr. Coates's motion demonstrates good cause, and the Court GRANTS his request to extend the deadline to file pretrial motions to May 15, 2024.[1]

---

[1] Although the Court finds good cause to extend the pretrial motions deadline as requested, parties generally may not file a motion to extend a deadline on the deadline itself. *See* LCrR 12(b)(10). The Court cautions the parties that it may deny such requests in the future.

ORDER CONTINUING PRETRIAL MOTIONS DEADLINE - 1

The Court notes, however, that the June 17, 2024 trial date is quickly approaching, and although Mr. Coates states that he "may need to file a motion to continue the trial date," Dkt. No. 22 at 2, neither party has moved for such a continuance. The Court cautions that it will not grant further extensions of the pretrial motions deadline absent a concurrent request to continue the trial date.

Dated this 2nd day of May, 2024.

*Lauren King*

Lauren King
United States District Judge

ORDER CONTINUING PRETRIAL MOTIONS DEADLINE - 2